UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROOSEVELT KIRK,

    Petitioner,

v.                                                Case No. 5:23cv105-TKW-HTC

RICKY DIXON,

    Respondent.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 21). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner's §2254 petition should be denied on the merits. The Court also agrees that a certificate of appealability should be denied because Petitioner has not made a substantial showing of the denial of a constitutional right and no reasonable jurist would find that the magistrate judge's assessment of Petitioner's constitutional claims was debatable or wrong. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition under 28 U.S.C. §2254, challenging the resentencing in *State v. Kirk*, Bay County Circuit Court Case No. 1983 CF 988 is DENIED.

3. A certificate of appealability is DENIED.

4. The Clerk is directed to enter judgment in accordance with this Order and close the file.

**DONE and ORDERED** this 12th day of November, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**